IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 4:19-mj-218-01 JTK

JAMES ASHBY                                                                                      DEFENDANT

### ORDER OF DETENTION

Defendant appeared with counsel on this date for initial appearance on a criminal complaint. The United States seeks detention. The Defendant requests release but was not prepared to move forward with a bond hearing at this time. Therefore, Defendant is detained and remanded to the custody of the United States Marshals Service (USMS). The parties should contact the duty Courtroom Deputy to schedule the bond hearing when they are ready to proceed.

While in custody, the Defendant must be afforded a reasonable opportunity for private consultation with counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the USMS for a court appearance.

SO ORDERED this 29th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE